RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 5 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Richard W. Wieking
Clerk

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

**COPY**

General Court Number
415.522.2000

February 21, 2008

United States District Court
Northern District of Georgia
Office of the Clerk
2211 Richard B. Russell Federal Building and
United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

08 FEB 28 PM 12:56 FILED

RE: **Fayus Inc. v. Arkansas Best Corp., et al., Case Number C-07-6276-BZ**
**In re LTL Shipping Services Antitrust Litigation, MDL No. 1895**

Dear Clerk,

   Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

      ☒    Certified copy of docket entries.

      ☒    Certified copy of Transferral Order.

      ☒    Original case file documents.

      X    Please access the electronic case file for all the pleadings you may need..

          Sincerely,
          RICHARD W. WIEKING, Clerk


          by: <u>Thelma Nudo</u>
               Deputy Clerk

Enclosures
Copies to counsel of record